In the Matter of Louis Weinberg et al., Appellants, against Israel A. Needleman, Respondent.

(Argued January 7, 1930; decided January 17, 1930.)

*Arthur Levitt* for appellants.

*I. Maurice Wormser, Leonard Acker* and *Israel A. Needleman* for respondent.

Order affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.